Esther Crystal PICKETT, Otherwise Known as E. C. Pickett, v. Chester BOWLES, Administrator, Office of Price Administration.

No. 3224.

Circuit Court of Appeals, Tenth Circuit.

Feb. 23, 1946.

Rogers & Bruno, of Denver, Colo., and John R. Wolff, of Boulder, Colo., for appellant.

Fleming James, Jr., Director, Litigation Division, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of district court modified and, as modified, affirmed, without written opinion, on authority of Schreffler v. Bowles, 10 Cir., 153 F.2d 1, decided January 12, 1946.

---

Kenneth Wilson WOOD, Appellant, v. UNITED STATES of America, Appellee.

No. 11478.

Circuit Court of Appeals, Fifth Circuit.

March 26, 1946.

Clyde W. Atkinson and Thomas J. Ellis, both of Tallahassee, Fla., for appellant.

George Earl Hoffman, U. S. Atty., and C. W. Eggart, Jr., Asst. U. S. Atty., both of Pensacola, Fla., and Hollis v. Knight, Asst. U. S. Atty., of Gainesville, Fla., for appellee.

Before SIBLEY, WALLER and LEE, Circuit Judges.

PER CURIAM.

No trial errors are urged. A motion for a verdict of acquittal was made. We have examined the evidence and find it sufficient to support the verdict of guilty on both counts.

Affirmed.